CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**
Mar 18 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ armincortez   DEPUTY

_STONey George P._

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_SAN Diego County Sheriff_
_MONTANO, Jamie (on the mark smog)_

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **'25 CV 0630 RBM BLM**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: _George Stone_
Street Address: _244 Shely Lane #36_
City and County: _El Cajon = San Diego_
State and Zip Code: _California 92021_
Telephone Number: _619 418-0118_
E-mail Address: _13a45mitch@gmail.com_

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

Defendant No. 1

- Name: San Diego County Sheriff
- Job or Title (if known): 9621 Ridgehaven CT
- Street Address: 9621 Ridgehaven CT
- City and County: San Diego
- State and Zip Code: California 92123
- Telephone Number: 858-974-2222
- E-mail Address (if known): www.sheriff.gov

Defendant No. 2

- Name: Jaime, Montoyo
- Job or Title (if known): On The Mark Smog
- Street Address: 1243 Green Field dr #C
- City and County: El Cajon, San Diego
- State and Zip Code: California 92021
- Telephone Number: 619 579-0388
- E-mail Address (if known): N/A

Defendant No. 3

- Name: "Discount Gun Mart"
- Job or Title (if known): Discount Gun Mart
- Street Address: 8516 Magnolia Ave
- City and County: Santee, CA, San D Co
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

2

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship          ☒ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   US Fourth Amendment & US Second Amendment
18 U.S. Code 242,

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.  Or is a citizen of *(foreign nation)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.  Or is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a Limited Liability Company (LLC)

   The defendant LLC's individual members, *(names)* _____

   are citizens of the following States or foreign nations *(names)*:

   _____.

3

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

    c.    If the defendant is a corporation

The defendant, *(name)* __Jaim. Montejo__ , is incorporated under the laws of the State of *(name)* __California Sm-s__ , and has its principal place of business in the State of *(name)* __California__ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

- [x] a substantial part of the events I am suing about occurred in San Diego or Imperial County
- [ ] a substantial part of the property I am suing about is located in San Diego or Imperial County
- [x] I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County
- [x] at least one defendant resides in this district and all other defendants reside in California
- [ ] Other (identify the specific statute that says venue is proper here):

4

## IV. Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain what each defendant did, when and where they did it, and how each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A. FIRST CLAIM FOR RELIEF: Restoration of Rights + Monetary (identify the law or right you claim was violated), by Title 18, U.S.C. Section 242 = Depriving willfully Right to Bear Arms (2nd amendment) And Live Free without fear (name the defendant(s) involved).

Supporting Facts: (explain what happened): #1 The San Diego County Sheriff Department conspired with Jaime Montano, of "On The Mark Smog" to fail my trucks smog for no legitimate reasons. Due to this conspiracy I was unable register my vehicle & had to go thru the State Bureau of Automotive Repair which prevented my vehicle registration for nearly 6 months. Further, I spent more than $2000 Just for DMV penalties alone & unwarranted tips to a California Referee program which found no problems or repairs to my vehicle.

Lastly On The Mark Smog Electronically transmitted my California Registration to the Bureau of Automotive Repair fraudulently claiming my vehicle catalytic converter was failing

5

## IV. Statement of Claim(s) (cont'd)

B. SECOND CLAIM FOR RELIEF: Restoration of right + privacy (identify the law or right you claim was violated), by Fourth Amendment (name the defendant(s) involved). San Diego County Sheriff

Supporting Facts: (explain what happened): For over 3 years the San Diego county Sheriff has engaged in this vicious Terror in my civil rights Tampering & conspiring with Local Businesses to Deny my Basic rights to Live without what I call a "reign of terror" upon my Freedoms I have call Logs (spamshield) Going Back 2-3 years where the Sheriff Department using "BAtch" Phone numbers ringing my Personal Cell Phone 10-20 times or more Daily. Further They HiJact my Cell Phone where They Actually watch me & Listen To my conversations for over 2+ years

C. THIRD CLAIM FOR RELIEF: Restoration of 2nd Amed. rights (identify the law or right you claim was violated), by 2nd Amendment (name the defendant(s) involved). Discount Gun Mart, San Diego county Sheriff

Supporting Facts: (explain what happened): Unable to Purchase A Firearm For Protection by using their Authority goes n/around Color of Law to conspire with Discount Gun Mart Covertly Delaying my right for 4+ Months when Normally Should take 10 Days Basically Lying at every turn "Dishonesty is Incompatible with the Functions & Duties of a Police Officer"

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☒ Money damages in the amount of: Fourteen Million $14,000,000

☒ Other (explain): Reinstatement of civil Liberties enjoying the time I have Left without Being a victum of this Reign of Terror brought on by a Vicious Viddictive Government After they Swore To Protect.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/18/2025

Plaintiff's Signature:

Plaintiff's Printed Name: George S pne

7