

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| George P. Stone | Civil Action No. 25CV0630-RBM-BLM |
| Plaintiff, | |
| V. | |
| San Diego County Sheriff; Jamie Montano; Discount Gun Mart | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The complaint is dismissed without leave to amend.

Date:   12/10/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy